In re:  Case No. 21-02405-HWV

Joshua Michael Zartman  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2

Date Rcvd: Dec 17, 2021    Form ID: ntasset    Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Michael Zartman, 246 Third Street, Hanover, PA 17331-2327 |
| 5445060 | + | ARS Account Resolution, 1643 NW 136th Avenue, Suite 10, Sunrise, FL 33323-2857 |
| 5445064 | + | FBCS, 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 5445063 | | Fair Collections & Outsourcing, 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705-1314 |
| 5445065 | + | IAF Group, 2836 Bark Hill Road, York, PA 17404-6637 |
| 5445066 | + | Jenine R. Davey, Esquire, Robertson, Anschutz, Schneid, Crane, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 5445067 | + | Lindsay Zartman, 1921 Cedar Drive, Spring Grove, PA 17362-7715 |
| 5445068 | + | Meghan Power, Esquire, Robertson, Anschutz, Schneid, Crane, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 5445070 | + | Newrez LLC d/b/a Shellpoint Mortgag, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 5445072 | + | OneMain, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 5445074 | | Penn Credit Corporation, 2800 Commerce Drive, P.O. Box 69703, Harrisburg, PA 17106-9703 |
| 5445077 | + | UPMC in Central PA, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5445078 | | Wellspan Health, PO Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 17 2021 23:43:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Dec 17 2021 23:43:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5445061 | | EDI: CAPONEAUTO.COM | Dec 17 2021 23:43:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 5446080 | + | EDI: AISACG.COM | Dec 17 2021 23:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5445062 | + | EDI: CONVERGENT.COM | Dec 17 2021 23:43:00 | Convergent Outsourcing, Inc., P.O. Box 9004, 800 SW 39th Street, Renton, WA 98057-4927 |
| 5445069 | | Email/Text: bankruptcy@nationalcreditsystems.com | Dec 17 2021 18:48:00 | National Credit System, 3750 Naturally Fresh Blvd, Atlanta, GA 30349 |
| 5445071 | + | EDI: AGFINANCE.COM | Dec 17 2021 23:43:00 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |
| 5445073 | | Email/Text: bankruptcy@onlineis.com | Dec 17 2021 18:48:00 | Online Information SER, PO Box 1489, Winterville, NC 28590-1489 |
| 5445075 | | EDI: PRA.COM | Dec 17 2021 23:43:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 5445076 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2021 18:56:33 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Thomas E. Miller | on behalf of Debtor 1 Joshua Michael Zartman staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joshua Michael Zartman, | Chapter 7 |
| **Debtor 1** | Case No. 1:21−bk−02405−HWV |

Social Security No.:
xxx−xx−4305

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **March 18, 2022**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MichaelMcHugh, Deputy Clerk

Date: December 17, 2021

ntasset(B204)(05/18)