IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JOSHUA MICHAEL ZARTMAN,<br>                            Debtor<br><br>LAWRENCE V. YOUNG, TRUSTEE<br>                            Movant<br><br>v.<br><br>NEWREZ LLC, D/B/A SHELLPOINT MORTGAGE SERVICING<br>and<br>LINDSAY BETH ZARTMAN,<br>                            Respondents | Chapter 7<br><br>Case No. 1-21-bk-02405-HWV |

**NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF SALE
OF DEBTOR'S REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

Notice is hereby given that:

The Trustee has filed a Motion for Sale of Debtor's Real Estate Free and Clear of Liens and Encumbrances. The Trustee proposes to sell Debtor's real estate located at 719 Grant Drive, Hanover, Pennsylvania to Divine Homes, LLC, 3233 Kenyon Avenue, Baltimore, Maryland 21213, or its assigns, for the sum of $190,000.00.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Motion, then on or before **March 1, 2022**, you or your attorney must:

File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:

> Clerk of the Bankruptcy Court
> Ronald Reagan Federal Building
> 228 Walnut Street, Rm 320
> Harrisburg, PA 17101

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:
> Lawrence V. Young, Esquire
> 135 North George Street
> York, Pennsylvania 17401

Attend the hearing scheduled to be held on **March 15, 2022 at 9:30 a.m.** in the Ronald Reagan Federal Building, Bankruptcy Courtroom, 3rd Floor, 228 Walnut St., Harrisburg, PA 17101. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Visit **http://www.pamb.uscourts.gov/sites/default/files/Misc/COVID_Policy_Procedures.pdf** for information related to Court Operations during COVID-19

Date:    02/08/2022                             Lawrence V. Young, Esquire, Trustee
                                                135 North George Street
                                                York, PA 17401
                                                Telephone: 717-848-4900

{02065916/1}