United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 21-02405-HWV
Joshua Michael Zartman                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                               Page 1 of 2
Date Rcvd: Feb 16, 2022                       Form ID: 318                            Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Michael Zartman, 246 Third Street, Hanover, PA 17331-2327 |
| 5445060 | + | ARS Account Resolution, 1643 NW 136th Avenue, Suite 10, Sunrise, FL 33323-2857 |
| 5445064 | + | FBCS, 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 5445063 | | Fair Collections & Outsourcing, 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705-1314 |
| 5445065 | + | IAF Group, 2836 Bark Hill Road, York, PA 17404-6637 |
| 5445066 | + | Jenine R. Davey, Esquire, Robertson, Anschutz, Schneid, Crane, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 5445067 | + | Lindsay Zartman, 1921 Cedar Drive, Spring Grove, PA 17362-7715 |
| 5445068 | + | Meghan Power, Esquire, Robertson, Anschutz, Schneid, Crane, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 5445070 | + | Newrez LLC d/b/a Shellpoint Mortgag, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 5445072 | + | OneMain, P.O. Box 740594, Cincinnati, OH 45274-0594 |
| 5445074 | | Penn Credit Corporation, 2800 Commerce Drive, P.O. Box 69703, Harrisburg, PA 17106-9703 |
| 5445077 | + | UPMC in Central PA, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5445078 | | Wellspan Health, PO Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 16 2022 23:48:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Feb 16 2022 23:48:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5445061 | | EDI: CAPONEAUTO.COM | Feb 16 2022 23:48:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 5446080 | + | EDI: AISACG.COM | Feb 16 2022 23:48:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5445062 | + | EDI: CONVERGENT.COM | Feb 16 2022 23:48:00 | Convergent Outsourcing, Inc., P.O. Box 9004, 800 SW 39th Street, Renton, WA 98057-4927 |
| 5459318 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 18:50:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5456025 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 18:49:34 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5445069 | | Email/Text: bankruptcy@nationalcreditsystems.com | Feb 16 2022 18:41:00 | National Credit System, 3750 Naturally Fresh Blvd, Atlanta, GA 30349 |
| 5445070 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2022 18:41:00 | Newrez LLC d/b/a Shellpoint Mortgag, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 5445071 | + | EDI: AGFINANCE.COM | Feb 16 2022 23:48:00 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |
| 5445073 | + | Email/Text: bankruptcy@onlineis.com | | |

| | | Feb 16 2022 18:41:00 | Online Information SER, PO Box 1489, Winterville, NC 28590-1489 |
|---|---|---|---|
| 5445075 | EDI: PRA.COM | | |
| | | Feb 16 2022 23:48:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 5445076 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 16 2022 18:49:33 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | CGA Law Firm |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence V. Young | on behalf of Trustee Lawrence V. Young (Trustee) lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com  pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC  d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Thomas E. Miller | on behalf of Debtor 1 Joshua Michael Zartman staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | | |
|---|---|---|---|
| Debtor 1 | **Joshua Michael Zartman** | Social Security number or ITIN | xxx–xx–4305 |
| | First Name   Middle Name   Last Name | EIN __–_____ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ | |
| | | EIN __–_____ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:21–bk–02405–HWV | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua Michael Zartman

**By the court:**

2/16/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 | **Order of Discharge** | page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**