

Lawrence V. Young, Attorney
Board Certified Bankruptcy Specialist
lyoung@cgalaw.com
717-718-7110

March 29, 2022

Terrence S. Miller
Clerk of the Bankruptcy Court
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **Joshua Michael Zartman**
     **Case No. 1:21-bk-02405-HWV**

Dear Mr. Miller:

Please withdraw the Trustee's Motion for Approval of Sale of Real Estate filed on February 8, 2022 at Docket #32. Counsel for NewRez, LLC and counsel for the U.S. Trustee concur with this withdrawal.

Sincerely,


/s/Lawrence V. Young

LVY/tml

{02093084/1}