
Lawrence V. Young, Attorney
Board Certified Bankruptcy Specialist
lyoung@cgalaw.com
717-718-7110

March 29, 2022

Terrence S. Miller
Clerk of the Bankruptcy Court
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **Joshua Michael Zartman**
**Case No. 1:21-bk-02405-HWV**

Dear Mr. Miller:

Please withdraw the Trustee's Answer to the Motion for Relief from the Automatic Stay by NewRez, LLC filed on December 28, 2021 at Docket #23. Counsel for NewRez, LLC concurs with this withdrawal.

Sincerely,


/s/Lawrence V. Young

LVY/tml

{02093155/1}